United States District Court
# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Derrick Sands
_____
Defendant

ORDER SETTING CONDITIONS
OF RELEASE AND BOND

Case No.: 08 CR 137

COPY

2008 APR 28 PM 1:53 FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

## RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:

[ ] Upon Personal Recognizance Bond on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon Unsecured Bond executed by defendant in the amount of $_____, or
[ ] Upon Secured Appearance Bond as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[X] 1. The defendant must remain in and may not leave the following areas without Court permission: KINGS COUNTY + QUEENS EDNY-SDNY
[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: _____
[ ] 3. The defendant shall avoid and not go to any of the following locations: _____
[X] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by 4/22 and shall not apply for any other passport.
[ ] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
   [X] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;
   [X] must report to that agency ( ) in person ___ times per ___ and/or ( ) by telephone ___ times per AS DIRECTED
   [ ] is subject to home detention with electronic monitoring with the following conditions: _____

[X] must undergo [X] random drug testing [X] evaluation and/or [X] treatment for: [X] substance abuse [ ] alcoholism [ ] mental health problems.
[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance. AS directed by PTS

Other Conditions: NO CRIMINAL ACTIVITY OR POSS.
[ ] 6. 8PM curfew to be monitored by PTS

(margin note: Must Eliv until he has land line)

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 200,000. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $ _____
[X] premises located at: 1268 Sterling Pl.  owned by DEF
[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before 4/29
[ ] Other Conditions: _____

(margin note: Mother to co-si + post Mercedes SUV by 4/29)

X Patricia Jones  Surety  Address: 475 Columbus St 5A
X Charlene Jones  Surety  Address: 1152 MacDonough Street
X _____  Surety  Address: 40 West 135th ____
Wilhelmenia Sanders  Surety  2403 Marlton Dr. Wilmington DE 19810

The Court has advised the defendant of the conditions of release per 18-3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

X _____
Signature of Defendant

Release of the Defendant is hereby ordered on May 29, 2008

_____, USMJ

TOTAL P.02

# Sovereign Bank

February 6, 2008

Wilhelmenia Sanders  
2403 Marleton Dr.  
Wilmington DE 19810-3825

RE: 

Dear Wilhelmenia Sanders:

Thank you for allowing Sovereign Bank to service your borrowing needs. The above referenced loan has been paid in full. Enclosed please find your title for which our encumbrance has been satisfied. Please retain the title for your records as proof of ownership.

Should you have questions about your account or would like information about other products and services we offer, please visit your neighborhood community banking office or contact us at 1-877-SOV-BANK(1-877-768-2265) between 7:00 a.m. to 11:00 p.m., EST, 7 days a week. For customers with hearing impairments, please call 1-800-428-9121 (TTY/TDD). One of our Customer Service Representatives will be pleased to assist you.

Sincerely,

*Stephanie Fister*

Consumer Loan Servicing Center  
Mail Code: 10-421-LS2  
PO Box 12646  
Reading, PA 19612

Enclosure (1)

# Sovereign Bank

T N/SAT



# CERTIFICATE OF TITLE

## State of Delaware

DIVISION OF MOTOR VEHICLES — DEPARTMENT OF TRANSPORTATION

STOCK NO. 7816227

| TITLE TAG AND REGISTRATION NO | SPECIAL TAG, IF ANY | ODOMETER MILEAGE | ACTUAL VEHICLE MILEAGE |
|---|---|---|---|
| ███████ | | | |

| MANUFACTURER AND YEAR | MODEL | BODY STYLE | YEARLY FEE |
|---|---|---|---|
| MERZ 2007 | GL4 | 4W | 20.00 |

| TITLE DATE | EXPIRATION DATE | VEHICLE IDENTIFICATION NO. |
|---|---|---|
| 12/18/2006 | 12/15/2009 | ███████ |

| REG WEIGHT | MGVWR | USE |
|---|---|---|
| | | NEW |

ISSUED TO
SANDERS WILHELMENIA
2403 MARLETON DR
NORTH GRAYLYN CREST
WILMINGTON DE 19810

2006121878369428AEH 0190000RT
PC497035

LIENHOLDER(S)

1. SOVEREIGN BANK
   450 PENN STREET
   MAIL STOP 10-421-CT2
   READING PA 19611

1ST LIEN DATE OF RELEASE  FEB 06 2009
SOVEREIGN BANK
LIENHOLDER
_signature_
AUTHORIZED REPRESENTATIVE

2ND LIEN (IF ANY) DATE OF RELEASE
LIENHOLDER
AUTHORIZED REPRESENTATIVE

3RD LIEN (IF ANY) DATE OF RELEASE
LIENHOLDER
AUTHORIZED REPRESENTATIVE

[SOVEREIGN BANK CORPORATE SEAL 1938 FEDERALLY CHARTERED]

I, the undersigned, hereby certify that an application for certificate of title has been made for the vehicle described hereon, pursuant to the provisions of the Motor Vehicle Laws of this State, and the applicant named on the face hereon has been duly recorded as the lawful owner of said vehicle. I further certify that the vehicle is subject to the security interests shown hereon, if any. However, the vehicle may be subject to other security interests not filed with this Department. The Department will not be responsible for false or fraudulent odometer statements made in the assignment of the Certificate of Title or for errors made in the recording by the Department.

STOCK NO. 7816227

_Michael D. Shahan_
DIRECTOR, MOTOR VEHICLE DIVISION  PMVNAEH

**STORE IN A SAFE PLACE**
**ANY ALTERATIONS, ERASURES, OR MUTILATIONS VOID THIS TITLE**

VOID IF ALTERED

HOLD TO LIGHT TO VIEW EAGLE WATERMARK

---

**DO NOT DETACH UNTIL SOLD — SEE REVERSE SIDE**

## SELLERS REPORT OF SALE

STATE OF DELAWARE
DIVISION OF MOTOR VEHIC[LES]

| TAG NO. | MANUFACTURER & YEAR | VEHICLE IDENTIFICATION NO. | SELLING PRICE | DATE |
|---|---|---|---|---|
| ███████ | MERZ 2007 | ███████ | | |

| NAME OF SELLER (CURRENT REGISTERED OWNER) | NAME OF BUYER |
|---|---|
| SANDERS WILHELMENIA | |

| COMPLETE ADDRESS OF SELLER | COMPLETE ADDRESS OF BUYER |
|---|---|

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|

| SELLER'S SIGNATURE | ODOMETER READING (MILES) (NO TENTHS) | BUYER'S DRIVERS LICENSE NO. | STATE |
|---|---|---|---|
| X | | | |

WARNING—WHEN YOU SELL/RELEASE INTEREST IN THIS VEHICLE, YOU MUST MAIL THIS DETACHMENT ALONG WITH THE REGISTRATION CARD IMMEDIATELY TO DMV REGISTRATION SECTION, PO BOX 698, DOVER, DE 19903 TO ENSURE YOUR RESPONSIBILITY FOR THE VEHICLE IS RELEASED.